# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2890
_____

United States of America,

*Plaintiff - Appellee*,

v.

Jason W. Kirlin, also known as Jay, also known as Rock,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: April 20, 2018
Filed: April 30, 2018
[Unpublished]
_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Jason Kirlin appeals the district court's[1] order denying his motion for return of property, under Federal Rule of Criminal Procedure 41(g). After careful review, *see*

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri, now retired.

*Jackson v. United States*, 526 F.3d 394, 398 (8th Cir. 2008), we agree with the district court that Kirlin was not entitled to return of the property.  Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____